

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00830-CR

David M. **FONTANES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR6719
Honorable Lori I. Valenzuela, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, we MODIFY the first page of the trial court's judgment on Count III, Judgment Revoking Community Supervision dated November 16, 2017, as follows:

- under "Statute for Offense," we delete the text "22.01(B) TPC," and we insert the text "22.04(a)(3), (f) TPC," and

- under "Offense for which Defendant Convicted," we delete the text "ASSAULT-FAMILY-2ND OFFENSE," and insert the text "ASSAULT-BI-CHILD."

We make no other changes to the Count III judgment.

As MODIFIED, the trial court's judgment on Count III, Judgment Revoking Community Supervision dated November 16, 2017, is AFFIRMED. The trial court's judgment on Count II, Judgment Revoking Community Supervision dated November 16, 2017, is AFFIRMED.

SIGNED January 30, 2019.

_____
Patricia O. Alvarez, Justice